Louis Friedman, Landlord, Appellant, v. Riley Hogan Co., Inc., Tenant, Respondent.

Supreme Court, Appellate Term, First Department, January 30, 1947.

*Maurice M. Friedman* and *Nathan Klein* for appellant.

*David I. Silverman* for respondent.

*Per Curiam.* This court granted permission to appeal. The jury waiver provision in the lease carried over into the statutory tenancy (*130 West 57 Corp.* v. *Hyman,* 188 Misc. 92).

The order should be reversed, with $10 costs, and motion granted.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.